

# IN THE
# TENTH COURT OF APPEALS

No. 10-19-00234-CV

JASON CORNETT AND SANDRA CORNETT,

Appellants

 v.

WILLIAM WARD,

Appellee

From the County Court at Law No. 1
Johnson County, Texas
Trial Court No. CC-C20190539

## MEMORANDUM  OPINION

Appellants, Jason and Sandra Cornett, filed their pro se notice of appeal on July 15, 2019, challenging the trial court's judgment entered on July 8, 2019, in favor of William Ward. By letter dated July 23, 2019, the Clerk of this Court notified appellants that the appeal is subject to dismissal because the original filing fee had not been paid and warned appellants that the Court would dismiss the appeal unless, within ten days from the date of the letter, appellants paid the filing fee or obtained indigent status for the purpose of

appeal. Ten days have passed, and appellants have not paid the filing fee for this appeal or obtained indigent status. Accordingly, we hereby dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).


JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed August 14, 2019
[CV06]

